# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

UNITED STATES OF AMERICA and THE
STATE OF NEVADA,

              Plaintiffs,

vs.

THE CITY OF NORTH LAS VEGAS, *et al.*,

            Defendants.

2:17-cv-02508-APG-VCF

**ORDER**

Before the Court is the Motion to Lodge Consent Decree (ECF No. 3).

Good cause appearing,

IT IS HEREBY ORDERED that the Motion to Lodge Consent Decree (ECF No. 3) is GRANTED.

DATED this 31st day of October, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE